UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT LANGERMANN, | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-01438-KJD-GWF |
| vs. | ) | **ORDER** |
| HONORABLE PATRICIA A. SEITZ, et al., | ) | Motion to Extend Time for Service (#33) |
| Defendants. | ) | |

    This matter comes before the Court on Plaintiff's Motion for an Order to Extend Time for Service on Defendants (#33), filed on July 30, 2012.  Plaintiff informs the Court that the United States District Court, Southern District of Florida entered an order enjoining Plaintiff from prosecuting this action.  *See* Motion (#33), Exhibit 1.  Plaintiff further represents that his appeal of that order is currently pending before the appropriate appellate court.  Plaintiff therefore requests the Court extend the time for service on Defendants, so in the event Plaintiff's appeal is granted, he will have sufficient time to serve the named-Defendants.  Considering the circumstances of this case, the Court finds that the best course of action is to stay this action pending a decision on Plaintiff's appeal.  Accordingly,

    **IT IS HEREBY ORDERED** that  Plaintiff's Motion for an Order to Extend Time for Service on Defendants (#33) is **denied**.

    **IS FURTHER ORDERED** that this matter is **stayed** pending a decision on Plaintiff's appeal of the Southern District of Florida's order enjoining Plaintiff from prosecuting this matter.

    **IT IS FURTHER ORDERED** that Plaintiff shall promptly notify this Court of the appellate Court's ruling concerning this matter.

Case 2:11-cv-01438-KJD-GWF   Document 34   Filed 08/01/12   Page 2 of 2

**IT IS FURTHER ORDERED** that Plaintiff shall file a status report with this Court **six months** from the date of this order, on or around **February 1, 2013**, informing the Court of the status of this case, regardless of whether the appellate Court has ruled on Plaintiff's appeal.

DATED this 1st day of August, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge