# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT LANGERMANN,

    Plaintiff,

vs.

HONORABLE PATRICIA A. SEITZ, et al.,

    Defendants.

Case No. 2:11-cv-01438-KJD-GWF

**ORDER**

      This matter comes before the Court on Plaintiff's Motion to Continue Stay (#43), filed on July 22, 2013. Defendant Blue Card, Inc. filed a Response (#46) on August 16, 2013. Plaintiff filed a Reply (#47) on August 26, 2013. Plaintiff previously informed the Court that the United States District Court for the Southern District of Florida ("SDFL") enjoined Plaintiff from prosecuting this action, *see Motion, Doc. #33, Exh. 1*, but that he had appealed the injunction to the Eleventh Circuit Court of Appeals. This Court therefore stayed this action pending the outcome of Plaintiff's appeal. On July 22, 2013, Plaintiff filed the Eleventh Circuit's affirmation of the SDFL's injunction against the prosecution of this action. *See Doc. #42*. Plaintiff now seeks an extension of the stay pending the SDFL's decision on a motion in that district to transfer this action there. Because this action is enjoined, however, the Court will deny the instant Motion as moot. Accordingly,

...

...

...

...

1  **IT IS HEREBY ORDERED** that Plaintiff's Motion to Continue Stay (#43) is **denied** as moot.

DATED this 10th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge